| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 5/24/2018 |

---------------------------------------------------------------X
VICTOR LOPEZ, *individually and on behalf of others similarly situated*,

                                  Plaintiff,                18-cv-137 (VEC)

           -against-                                      ORDER

OZ MOVING & STORAGE, INC.,

                                Defendant.
---------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on April 12, 2018 (Dkt. 18), the parties notified the Court that they reached a settlement in principle; and

    WHEREAS on April 13, 2018 (Dkt. 19), the Court ordered that this action would be dismissed unless one or more parties filed a letter by May 21, 2018 requesting that the action not be dismissed; and

    WHEREAS no party has filed a letter requesting that this action not be dismissed;

    IT IS HEREBY ORDERED THAT this case is DISMISSED. The Clerk is respectfully directed to terminate all open motions and to close the case.

**SO ORDERED.**

Date: May 24, 2018                                    _____
       New York, New York                        **VALERIE CAPRONI**
                                                        **United States District Judge**